UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-62449-UU

KAMANIE RAMJATTAN,

    Plaintiff,

v.

NEW YORK LIFE INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

### ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendant Karen Babwah's ("Babwah") Motion for Extension of Time (the "Motion"). D.E. 14. THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

Babwah was served with the complaint on October 18, 2018, and its response was due on November 8, 2018. D.E. 8. In the instant Motion, Babwah requests a lengthy twenty (20) day extension of time, until November 18, 2018, to respond to Plaintiff's Complaint. D.E. 14. Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. In support of its motion, Babwah merely states that it only recently retained its attorney and its attorney still reviewing the matter. D.E. 14 ¶ 2. This is not good cause for the extension requested. It is Defendant's responsibility to promptly hire counsel to represent it upon being served with summons and the complaint, such that it is able to comply with the Federal Rules of Civil Procedure.. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 14, is DENIED. Babwah shall respond to Plaintiff's complaint by **Tuesday, November 13, 2018**. Failure to respond to Plaintiff's complaint may result in a clerk's entry of default against Babwah. **ALL DEADLINES REMAIN IN FULL FORCE AND EFFECT.**

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of November, 2018.

*Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record